# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JEFFREY GARRISON,

    Plaintiff,

-vs-                                  Case No. 6:11-cv-1091-Orl-28DAB

CATHERINE MEDIAAS, et al.,

    Defendants.

_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S MOTION TO VACATE ORDER (Doc. No. 9)** |
| **FILED:** | **August 15, 2011** |
| **THEREON** it is **ORDERED** that the motion is **DENIED.** | |

**DONE AND ORDERED** in Chambers in Orlando, Florida, this _16_ day of August, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 8/16
Jeffrey Garrison